Charles R. GETZ, Jr., Plaintiff
Below–Appellant,

v.

BOARD OF PAROLE, et al.,
Defendant Below–
Appellee.

No. 449, 2016

Supreme Court of Delaware.

Submitted: May 12, 2017
Decided: July 12, 2017

Court Below: Court of Chancery of the State of Delaware, C.A. No. 12581

AFFIRMED.

James A. BIGGINS, Plaintiff
Below–Appellant,

v.

John CARNEY, et al., Defendants
Below–Appellees.

No. 183, 2017

Supreme Court of Delaware.

July 12, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. K17C–02–038

DISMISSED.

In the MATTER OF a Member of the Bar of the Supreme Court of the State of Delaware: Stephen L. NOWAK, Petitioner.

No. 265, 2017

Supreme Court of Delaware.

Submitted: July 6, 2017
Decided: July 13, 2017

Board Case No. 112896–R

ACCEPTED.

Gabriel V. FRITZ,[1] Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 125, 2017

Supreme Court of Delaware.

Submitted: July 3, 2017
Decided: July 13, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1502012186 (K)

DISMISSED.

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).